# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1932
_____

DEPARTMENT OF CORRECTIONS/
DIVISION OF RISK MANAGEMENT,

Appellants,

v.

TIMOTHY DUGIN,

Appellee.

_____


On appeal from an order of the Judge of Compensation Claims.
Wilbur W. Anderson, Judge.

Date of Accident:  February 25, 2017.

November 28, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for Appellants.

Kelli Biferie Hastings of Law Office of Kelli B. Hastings, PLLC, Orlando, and James R. Spears of Law Office of James R. Spears, PLLC, Orlando, for Appellee.